UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANITA J. MITCHELL,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. AS TRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV 06-7825 FFM<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: September 26, 2008

                                           /S/ FREDERICK F. MUMM
                                              FREDERICK F. MUMM
                                           United States Magistrate Judge